IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON CHASE-KEYES, :<br>    Plaintiff, :<br>                              :<br>    v.                                 :<br>                                :<br>MONTGOMERY COUNTY PUBLIC :<br>DEFENDER'S OFFICE, *et al.*, :<br>    Defendants. : | CIVIL ACTION NO. 25-CV-6070 |

**ORDER**

**AND NOW**, this 23rd day of December 2025, upon consideration of Plaintiff Aaron Chase-Keyes's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 6), *pro se* Complaint (ECF No. 1), and his other pending motions, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* (ECF No. 6) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Chase-Keyes's Motions to Reconsider Denial of *In Forma Pauperis* Status (ECF Nos. 5, 7) and Duplicative Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 8) are **DENIED as moot.**

3. The Complaint is **DEEMED** filed.

4. Chase-Keyes's Complaint (ECF No. 1) is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, for the reasons stated in the Court's accompanying Memorandum, as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE**.

    b. All state law claims are **DISMISSED** for lack of subject matter jurisdiction. This dismissal is without prejudice, so Chase-Keyes can file these claims in the appropriate state court if he chooses to do so. The Court expresses no opinion on the merits of any such lawsuit.

5. The Clerk of Court is **DIRECTED** to **STRIKE** Chase-Keyes's Notice (ECF No. 9) with proposed summonses attached as unauthorized.

6. The Clerk of Court shall **CLOSE** this case.

                                       **BY THE COURT:**

                                       **S/ WENDY BEETLESTONE**

                                       **WENDY BEETLESTONE, C. J.**